**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY MENA, | ) | NO. SA CV 11-1270-DOC(E) |
| | ) | |
|           Plaintiff, | ) | |
| | ) | |
|   v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| COUNTY OF SAN BERNARDINO, et al., | ) | |
| | ) | |
|           Defendants. | ) | |

Plaintiff filed the Complaint in this action on August 24, 2011. It appears that Plaintiff has not effected service of the Summons and Complaint upon the Defendants within 120 days after August 24, 2011.

IT IS THEREFORE ORDERED that, within twenty (20) days of the date of this order, Plaintiff shall show good cause, if there be any, why service of the Summons and Complaint was not made upon the Defendants within 120 days after the filing of the Complaint. See Fed. R. Civ. P. 4(m). Plaintiff must attempt to show good cause by filing a declaration signed under penalty of perjury.

Failure to comply with this order or failure to demonstrate good cause may result in dismissal of this action without prejudice.

DATED: January 3, 2012.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE