**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY MENA, ) | NO. SA CV 11-1270-DOC(E) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| COUNTY OF SAN BERNARDINO, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 8, 2012

_/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE